Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA PALCES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TERESITA PALCES v. AAA CREDIT SERVICES, INC. et al.<br><br>Defendants.. | Case No.: C11 1355 SC<br><br>**NOTICE OF DISMISSAL** |

TO THE PARTIES PLEASE TAKE NOTICE:

Plaintiff dismisses the herein lawsuit with prejudice as to herself and without prejudice as to the putative class pursuant to FRCP 41 (a)(1)(i).

Dated: 7/21/2011                              /s/
Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEY FOR PLAINTIFF

DISMISSAL                                                        1