```
Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
 Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA PALCES, an individual, | Case No.: 11-CV-01355-SC |
| Plaintiff, <br> v. | **DECLARATION OF IRVING L. BERG TO ENFORCE SETTLEMENT** |
| AAA CREDIT SERVICE COLLECTION AGENCY, INC., <br><br> Defendants. _____/ | Date:   October 14, 2011 <br> Time: 10:00 a.m. <br> Dept.: Courtroom 1, 17th Floor <br> Place: 450 Golden Gate Avenue, San Francisco <br> Judge: Honorable Samuel Conti |

I, Irving L. Berg, under penalty of perjury, declare that the following is true and correct:

1.  This matter was assigned to mediation as agreed by the litigants.

2.  Before the mediation was held, the undersigned had several telephone and email communications regarding settlement of the case for payment by Defendant of $4,400 in two equal payments, the first to be made on August 10, 2011.

4.  The parties signed a written agreement providing for the payments and dismissal of the lawsuit as to Plaintiff with prejudice.

5.  Several calls to Defendant's attorney regarding the payment did not result in payment as provided in the agreement.

I declare that the foregoing is true an correct.

                                                Respectfully submitted,

Dated:  September 1, 2011              _____/s/_____
                                                     Irving L. Berg
                                                     Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO ENFORCE SETTLEMENT
2
Palces v. AAA Credit
11-CV-01355-SC