Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com

Attorneys for Defendant AAA CREDIT SERVICE COLLECTION AGENCY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESITA PALCES, individually and behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AAA CREDIT SERVICE COLLECTION AGENCY, INC.,<br><br>    Defendant. | Case No.: 11-CV-01355-SC<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>DATE:  November 18, 2011<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Samuel Conti |

Defendant AAA Credit Service Collection Agency, Inc., opposes plaintiff's motion to enforce the settlement agreement. AAA Credit Service does not contest the fact that a settlement was reached. AAA Credit Service has signed the written agreement and as of September 7, 2011 has made the first agreed payment. Plaintiff asks that the court enforce the agreement suggesting that defendant has denied that an agreement was made. This is not the case. Due to financial difficulties defendant simply has not been able to make the payments as agreed. However, defendant fully intends to follow-through with its agreement and make the second payment.

The cases relied upon by plaintiff are inapposite. They deal with the court's power to enforce a settlement agreement that one party is disavowing or claiming does not exist. The cases do not provide support for a court ordering payment of an agreed settlement. In short, there is nothing here for the Court to enforce. The settlement agreement is not disavowed. There is an existing contract between

plaintiff and defendant and if plaintiff believes that defendant has breach that contract, plaintiff can sue defendant for breach of contract. However, none of this is a matter for this Court.

Similarly, plaintiff's request for unidentified "costs" for bringing this motion should be denied. Plaintiff has not identified what costs have been incurred and has not identified any basis for an award of costs. Notably, there is no filing fee incurred for the instant motion and it is unclear what other possible costs could have been incurred. Further, the settlement agreement provides no right to a "prevailing party" to recover costs or attorney's fees in any action required to enforce the agreement. Plaintiff should not be awarded any costs for bringing this improper motion.

In sum, defendant agrees there is a settlement and is attempting to pay the settlement as quickly as possible. Half of the agreed $4,400 has already been paid and defendant hopes to pay the remainder soon. Plaintiff's motion to enforce a settlement is without merit and should be denied.

Dated: September 16, 2011

ELLIS LAW GROUP, LLP

By /s/ *Andrew Steinhemer*
Andrew M. Steinheimer
Attorney for Defendant
AAA CREDIT SERVICE COLLECTION AGENCY, INC.

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On September 16, 2011, I served the following document(s) on the parties in the within action:

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Irving L. Berg<br>The Berg Law Group<br>145 Town Center, #493<br>Corte Madera, CA 94925 | Attorneys for Plaintiff<br>Teresita Palces |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 16, 2011.

By: /s/ Jennifer E. Mueller
Jennifer E. Mueller

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT